| | |
|---|---|
| **KASOWITZ BENSON TORRES LLP**<br>JOHN V. BERLINSKI (SBN 208537)<br>jberlinski@kasowitz.com<br>DANIEL A. SAUNDERS (SBN 161051)<br>dsaunders@kasowitz.com<br>2029 Century Park East, Suite 2000<br>Los Angeles, CA 90067<br>Telephone: (424) 288-7900<br>Facsimile: (424) 288-7901<br><br>*Attorneys for Plaintiff and Counter-Defendant Genting Malaysia Berhad*<br><br>**IRELL & MANELLA LLP**<br>STEVEN A. MARENBERG (SBN 101033)<br>smarenberg@irell.com<br>VICTOR JIH (SBN 186515)<br>vjih@irell.com<br>MICHAEL D. HARBOUR (SBN 298185)<br>mharbour@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>*Attorneys for Defendant<br>The Walt Disney Company* | **WILLIAMS & CONNOLLY LLP**<br>JOSEPH M. TERRY (*pro hac vice*)<br>jterry@wc.com<br>CARL R. METZ (*pro hac vice*)<br>cmetz@wc.com<br>NICHOLAS G. GAMSE (*pro hac vice*)<br>ngamse@wc.com<br>LAUREN A. HOWARD (*pro hac vice*)<br>lhoward@wc.com<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5901<br>Telephone: (202) 434-5000<br>Facsimile: (310) 434-5029<br><br>**MITCHELL SILBERBERG & KNUPP LLP**<br>ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>KARIN G. PAGNANELLI (SBN 174763)<br>kgp@msk.com<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br><br>*Attorneys for Defendant TFCF Corp. and Defendants and Counter-Plaintiffs Fox Entertainment Group, LLC, Twentieth Century Fox Film Corp., and FoxNext, LLC* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

JS-6

| | |
|---|---|
| GENTING MALAYSIA BERHAD, a Malaysia corporation,<br><br>                Plaintiff,<br>v.<br><br>FOX ENTERTAINMENT GROUP, LLC, a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; TFCF CORPORATION, a Delaware corporation; FOXNEXT, LLC, a Delaware corporation; and THE WALT DISNEY COMPANY, a Delaware corporation, | CASE NO. 2:18-cv-9866-FMO-JPR<br><br>**ORDER ON JOINT STIPULATION [54] FOR VOLUNTARY DISMISSAL** |

|  |
|---|
| Defendants. |

FOX ENTERTAINMENT GROUP, LLC, a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; and FOXNEXT, LLC, a Delaware corporation,

   Counter-Plaintiffs,

  v.

GENTING MALAYSIA BERHAD, a Malaysia corporation,

   Counter-Defendant.

## ORDER

Pursuant to the Parties' Joint Stipulation of Voluntary Dismissal, and good cause appearing therefor,

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE in its entirety, each side to bear its own costs and attorneys' fees.

DATED: August 1, 2019       /s/
             Hon. Fernando M. Olguin
             United States District Judge